# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3ᴿᴰ FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State St.
3ᴿᴰ FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

March 5, 2026

Honorable Brenda K. Sannes
Chief United States District Judge
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13202

      RE:    UNITED STATES V. JESSE MITCHELL
               CASE NO.: 26-CR-55 (BKS); 25-MJ-179 (MJK)

Dear Chief Judge Sannes:

      Jesse Mitchell is prepared to waive his right to indictment and plead guilty to an Information charging him with Transporting Aliens in violation of 8 U.S.C. §1324(a)(1)(A)(ii). Mr. Mitchell's change of plea is scheduled for March 12, 2026, at 11:00 a.m. in Syracuse, New York. I am writing to request that this Court waive the formal Presentence Investigation Report (PSR) procedure and immediately proceed to sentencing following the defendant's plea of guilty. Under Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, a Presentence Investigation Report can be waived if this Court finds that "the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. §3553, and the Court explains its finding on the record." A modified pretrial services report has been completed, containing information about Mr. Mitchell's criminal history. With the information in that report, and the information contained in this letter request, the Court can appropriately make a finding under Rule 32(c)(1)(A)(ii) that the record contains sufficient information to enable it to meaningfully conduct a §3553 analysis without a pre-sentence report. The Probation Department also supports immediate sentencing. This letter will set forth an explanation of his guideline range, as well as 18 U.S.C. §3553(a) factors for sentencing consideration so that the Court has sufficient information to sentence him.

### The offense

      On June 12, 2025, Mr. Mitchell encountered three aliens and citizens of India who had entered the United States unlawfully from Canada. After encountering the three aliens near Plattsburgh, New York, he drove them further into the United States. Border Patrol observed the vehicle he was operating at a gas station in Plattsburgh, approached the vehicle, and questioned all four occupants as to their citizenship. Mr. Mitchell truthfully advised agents that he was a Canadian citizen who was unlawfully present in the United States. The three passengers were not able to

communicate clearly in the English language, and all four occupants were transported to the Champlain Border Patrol Station for further processing. Record checks confirmed that Mr. Mitchell was a Canadian citizen with no documentation allowing him to enter the United States, and that all three passengers were citizens of India with no prior criminal history in the United States, who had no documentation allowing them to be present in the United States. There is no evidence that any of the three aliens ever paid Mr. Mitchell, or that Mr. Mitchell expected to be paid for driving them.

### Mr. Mitchell's history and characteristics

Mr. Mitchell is a thirty-four-year-old father of five children, who made a bad decision to pick up three aliens from India and transport them further into the United States. Having been diagnosed with a severe learning disability as a child, Mr. Mitchell cannot read or write, and has trouble understanding and processing information. Because of his severe learning disability, he is unable to work, and his sole source of income is a monthly payment from the Ontario Disability Support Program. In order to qualify for ODSP income support, an individual must meet the program's definition of a person with a disability.[1] Mr. Mitchell advises he has met this definition since he was first eligible for financial support at the age of 18. His monthly payment supports his family, including the three of his children that live with him, who are 5 years old, 4 years old, and 3 years old. Because he cannot work, he stays home and takes care of his young children.

Mr. Mitchell wants to be the kind of parent that he needed growing up. He advises that his grandmother raised him, and took him from his mother so that he could be provided for. His father passed away when he was a teenager, and he grew up solely raised by his grandmother. He aims to be there for his kids in all the ways that his own parents were not there for him. He knows he should not have picked up the three Indian citizens, and regrets his decision. The time he has spent in jail has been difficult for him as he has been separated from his young children, unable to help with day-to-day tasks and parenting decisions, and regrets making a decision that made him absent from their lives for this period of time.

### The guidelines

Mr. Mitchell has no criminal convictions in the United States, but appears to have two convictions in Canada. Under U.S.S.G. §4A1.2(h), sentences from foreign convictions are not counted. Therefore, Mr. Mitchell has zero criminal history points, and is a criminal history category I. Mr. Mitchell's base offense level is 12 pursuant to U.S.S.G. §2L1.1, and no specific enhancements apply. Additionally, if he continues to show acceptance of responsibility for this offense, the offense level is decreased by two levels pursuant to U.S.S.G. §3E1.1(b). He is also eligible for the zero-point offender reduction found in U.S.S.G. §4C1.1, further reducing his offense level by two levels. Mr. Mitchell's total offense level therefore is 8. A total offense level of 8 paired with a criminal history category of I results in a guideline imprisonment range of 0-6 months.

### Time-served is an appropriate sentence

By the time of his plea, Mr. Mitchell will have been in continuous federal custody since June 12, 2025, for a total period of 9 months and 1 day. After completing his sentence, he will be removed to Canada. Further, as a result of his conduct in this case, he will now be a convicted felon. Mr.

---

[1] See ODSP eligibility for income support, *available at* https://www.ontario.ca/page/ontario-disability-support-program-eligibility-income-support.

Mitchell has spent the past nine months in custody reflecting on his actions and the time he has been separated from his family. He has used this time to think about his actions that led him to where he is today, and what he needs to do in the future to avoid engaging in criminal behavior again. He has learned a very hard lesson and is remorseful for his role in this offense. For the above-stated reasons, a sentence of time-served is a guideline sentence, and is sufficient to achieve the goals of the Sentencing Reform Act.

Respectfully submitted,

Gabrielle DiBella
Asst. Federal Public Defender

cc:     Geoff Brown, AUSA, by ECF
        Jesse Mitchell, by mail